UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x    08 CV 1083

JOHN GROSSI and LORI GROSSI,

                      Plaintiffs,

      -against-

THE CITY OF NEW YORK, MICHAEL R. BLOOMBERG, Individually and in His Capacity as Mayor of the City of New York, PO MICHAEL RICE, Individually and in His Official Capacity, PO JOHN DOE 1, Individually and in His Official Capacity, PO JOHN DOE 2, Individually and in His Official Capacity, STATEN ISLAND UNIVERSITY HOSPITAL, Individually and as Agent of the City of New York, DR. JOHN DOE 3, Individually and in His Official Capacity, and JANE DOE 1, Individually and in Her Official Capacity,

                      Defendants.

------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 20 2011 ★

BROOKLYN OFFICE

## STIPULATION OF DISCONTINUANCE WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the PLAINTIFFS on the one hand, and STATEN ISLAND UNIVERSITY HOSPITAL, DR. JOHN DOE 3, and JANE DOE 1, on the other hand, and/or their respective counsel, that the captioned action is hereby dismissed with prejudice as to STATEN ISLAND UNIVERSITY HOSPITAL, DR. JOHN DOE 3, and JANE DOE 1 only, and without costs to any of the parties.

13

Dated:  Garden City, New York
~~November~~ *December* _13_, 2011

*RRC*

| | |
|---|---|
| **SHAUB, AHMUTY, CITRIN & SPRATT LLP** | **THE LAW OFFICE OF STEVEN A. MORELLI, P.C.** |
| _/s/ Raymond R. Castello_ | _/s/ Eric Tilton_ |
| Raymond R. Castello, Esq. | Eric Tilton, Esq. |
| Attorneys for Defendants | Attorneys for Plaintiffs |
| SIUH, DR. JOHN DOE 3, JANE DOE 1 | 1461 Franklin Avenue |
| 77 Water Street, Suite 702 | Garden City, New York 11530 |
| New York, New York 10005 | (516) 393-9151 |
| (212) 599-8200 | |

**SO ORDERED:**
  s/Roslynn R. Mauskopf          12/16/2011
**HONORABLE ROSLYNN R. MAUSKOPF**

14